UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHANIE A. LEFTWICH,<br>EFFINGHAM CHILD DEVELOPMENT<br>CENTER, INC., and LAKE SARA AREA<br>WATER COOPERATIVE, INC.,<br><br>    Defendants. | Case No. 05-cv-4172-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Notice of Dismissal (Doc. 8) pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) filed by plaintiff the United States of America. Rule 41(a)(1)(i) allows dismissal of an action by a plaintiff without a court order at any time before service by an adverse party of an answer or of a motion for summary judgment, whichever first occurs. The defendant has not filed an answer or motion for summary judgment in this case. Because the plaintiff has an absolute right to dismiss this case at the present time, the Court finds that this action is **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  July 25, 2006**

                                                              s/ J. Phil Gilbert
                                                              **J. PHIL GILBERT**
                                                              **DISTRICT JUDGE**