UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEPHANIE A. LEFTWICH,<br>EFFINGHAM CHILD DEVELOPMENT<br>CENTER, INC., and LAKE SARA AREA<br>WATER COOPERATIVE, INC.,<br><br>    Defendants. | Case No. 05-cv-4172-JPG |

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NORBERT JAWORSKI**

**Dated:  July 25, 2006**

                                                  **s/Brenda K. Lowe, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**